HELEN SMITH et al., Appellants, *v.* CITY OF NEW YORK, Respondent.

Argued February 17, 1947; decided April 10, 1947.

*David C. Broderick, John F. Middlemiss* and *Charles S. Vaccaro* for appellants.

*Charles E. Murphy, Corporation Counsel* (*Seymour B. Quel* and *Fred Iscol* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE and FULD, JJ. Taking no part: CONWAY and THACHER, JJ.